UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

      v.                                        Criminal No. 05-cr-79-01-SM

Jeffrey Edmunds


O R D E R


    Defendant's assented-to motion to continue the trial (document no. 7) is granted. Trial has been rescheduled for the October trial period. Defendant Edmunds has filed a Waiver of Speedy Trial Rights

    The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the

exercise of due diligence under the circumstances.

    Final Pretrial Conference:   September 26, 2005 at 4:30 PM

    Jury Selection:   October 4, 2005 at 9:30 AM

    SO ORDERED.


June 27, 2005                                                  _____
                                                        Steven J. McAuliffe
                                                        Chief Judge


cc:    Helen Fitzgibbon, Esq.
       Bjorn Lange, Esq.
       U. S. Probation
       U. S. Marshal