UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                      Case No. 05-cr-79-01-SM

Jeffrey Edmunds

ORDER

Defendant's assented-to motion to continue the trial (document no. 21) is granted. Trial has been rescheduled for the March 2006 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than January 10, 2006. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the

exercise of due diligence under the circumstances.

  Final Pretrial Conference: February 24, 2006 at 4:30 PM

  Jury Selection: March 7, 2006 at 9:30 AM

  SO ORDERED.

January 3, 2006

            Steven J. McAuliffe
            Chief Judge

cc: Helen Fitzgibbon, Esq.
   Bjorn Lange, Esq.
   U. S. Probation
   U. S. Marshal